**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 98-20411

_____


AMADO A. SOTO; ET AL

Plaintiffs,


VERSUS


H. H. COFFIELD, Chairman Texas Board
Of Corrections at Rockdale, Tx; et al

Defendants,


DAN MORALES, Attorney General for the
State of Texas; JACQUELINE LEE HANEY,
Assistant Attorney General
for the State of Texas

Appellants.


_____

Appeals from the United States District Court
For the Southern District of Texas
(H-73-CV-900)
_____

May 24, 2000


Before WIENER, BENAVIDES and PARKER, Circuit Judges:

PER CURIAM[*]

    After due consideration of the record, the briefs of the

_____

    [*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

parties and oral argument, we find that the district court abused its discretion in finding that Appellants Dan Morales and Jacqueline Lee Haney were in contempt of court and further abused its discretion in imposing sanctions under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or under the court's inherent powers.

The findings of contempt and the sanctions imposed are VACATED.